UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMPLOYERS INSURANCE OF WAUSAU and : Civil Action No. 06-cv-1602 (MBM)
NATIONAL CASUALTY COMPANY :
:
                  Plaintiffs, :
:
       - against - :
:
FOX ENTERTAINMENT GROUP, INC.; :
TWENTIETH CENTURY FOX FILM :
CORPORATION; and TWENTIETH :
CENTURY FOX INTERNATIONAL :
TELEVISION, INC., :
:
                  Defendants. :
-------------------------------------------------------------X

## **DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, and Twentieth Century Fox International Television, Inc., through their undersigned counsel state:

1. Defendants Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation and Twentieth Century Fox International Television are wholly owned subsidiaries of the News Corporation, a Delaware Corporation whose shares are issued to the public and traded on the New York Stock Exchange.  Liberty Media Corporation, which itself issues shares to the public that are traded on the New York Stock Exchange, has approximately 18% of the voting shares of the News Corporation.

DOCSNY.189002.2

Dated: March 28, 2006
       New York, New York

                                        Respectfully Submitted,

                                        DICKSTEIN SHAPIRO MORIN
                                          & OSHINSKY LLP

                                      By:          s/ Andrew N. Bourne
                                              Randy Paar (RP-5106)
                                              Andrew N. Bourne (AB-9774)
                                              1177 Avenue of the Americas
                                              New York, New York 10036
                                              Tel: (212) 835-1400
                                              Fax: (212) 997-9880

*Attorneys for Defendants*
*Fox Entertainment Group, Inc.; Twentieth Century*
*Fox Film Corporation; and Twentieth Century Fox*
*International Television, Inc.*